**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 24-1847**

---

CHIQUITA C. CARTER,

        Plaintiff - Appellant,

    v.

WEND AMERICAN GROUP LLC; TERRAUN DUCKETT; ASSISTANT MANAGER KELVIN HACOMI, Manager; ALLEN JOHNSON; TINA MATTHIS; DISTRICT MANAGER RICHARD LIVELY; ANEL WALKER, Shift Manager; MANAGER MARKELL; GENERAL MANAGER ELVIN CASTRO,

        Defendants - Appellees.

---

Appeal from the United States District Court for the District of Maryland, at Greenbelt. Deborah Lynn Boardman, Magistrate Judge. (8:22-cv-00770-DLB)

---

Submitted: February 20, 2025           Decided: February 24, 2025

---

Before AGEE, HARRIS, and RUSHING, Circuit Judges.

---

Affirmed by unpublished per curiam opinion.

---

Chiquita C. Carter, Appellant Pro Se. Christina Bolmarcich, Brooke Amber Hutchins, ROSENBERG MARTIN GREENBERG, LLP, Baltimore, Maryland, for Appellees.

---

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Chiquita C. Carter appeals the district court's order dismissing her pro se employment discrimination suit upon the conclusion of arbitration proceedings in favor of Defendants.  On appeal, we confine our review to the issues raised in the informal brief. *See* 4th Cir. R. 34(b).  Because Carter's informal brief does not challenge the basis for the district court's disposition, she has forfeited appellate review of the court's order.  *See Jackson v. Lightsey*, 775 F.3d 170, 177 (4th Cir. 2014) ("The informal brief is an important document; under Fourth Circuit rules, our review is limited to issues preserved in that brief.").  Accordingly, we affirm the district court's judgment.  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*